**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Alejandro VANUELOS–FREGOSO, aka
Francisco Javier Leon–Calderon,
Defendant—Appellant.**

No. 09–50329.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 23, 2010.*

Filed Sept. 7, 2010.

Bryan F. Boutwell, Special Assistant U.S., Office of the U.S. Attorney, Riverside, CA, Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.

Phillip Irwin Bronson, Esquire, Law Offices of Phillip I. Bronson, Sherman Oaks, CA, for Defendant-Appellant.

Alejandro Vanuelos–Fregoso, Glenville, WV, pro se.

Before: LEAVY, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Alejandro Vanuelos–Fregoso appeals from his guilty-plea conviction and 30-month sentence for illegal reentry by an alien following deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Vanuelos–Fregoso's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Vanuelos–Fregoso the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Vanuelos–Fregoso's conviction. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

In accordance with *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b)(2). *See United States v. Herrera–Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

Counsel's motion to withdraw is **GRANTED.**

The conviction is **AFFIRMED,** the appeal of the sentence is **DISMISSED,** and the case is **REMANDED** with instructions to correct the judgment.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.